ELIZABETH L. MCKEEN (S.B. #216690)
DANIELLE N. OAKLEY (S.B. #246295)
ASHLEY M. PAVEL (S.B. #267514)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660-6429
Telephone:  (949) 823-6900
Facsimile:  (949) 823-6994

Attorneys for Defendant
ONEWEST BANK, FSB

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA CHAVEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>INDYMAC MORTGAGE SERVICES, a Division of ONEWEST BANK, FSB; ONEWEST BANK, FSB; MTC FINANCIAL INC, dba TRUSTEE CORPS; TRUSTEE CORPS; SD COASTLINE TWO LP, herein named, formerly known as DOE 1, and DOES 2 through 100,<br><br>              Defendants. | Case No. 3:14-cv-00292-MMA-WVG<br><br>**DEFENDANT ONEWEST BANK, FSB'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), 9(b), AND 8; MEMORANDUM OF POINTS AND AUTHORITIES, REQUEST FOR JUDICIAL NOTICE, AND DECLARATION OF DANIELLE N. OAKLEY FILED CONCURRENTLY HEREWITH**<br><br>Date:     March 17, 2014<br>Time:    2:30 p.m.<br>Ctrm:    3A<br>Judge:   Michael M. Anello |

**TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on March 17, 2014 at 2:30 p.m., in Courtroom 3A of the above-entitled court, located at 221 West Broadway, San Diego, California, defendant OneWest Bank, FSB, also sued herein as IndyMac Mortgage Services, a division of OneWest Bank, FSB ("OneWest"), will and hereby does move to dismiss, pursuant to Rules 12(b)(6), 9(b) and 8 of the Federal Rules of Civil Procedure, all causes of action in plaintiff Angelica Chavez's Fourth Amended Complaint with prejudice.

This Motion is based on OneWest's concurrently filed Memorandum of Points and Authorities and Request for Judicial Notice and Declaration of Danielle N. Oakley in support thereof, the Court's file in this action, any matters of which the Court may properly take judicial notice, the arguments of counsel, and all supplemental papers filed at or before the hearing on this Motion.

Dated: February 14, 2014

        ELIZABETH L. MCKEEN
        DANIELLE N. OAKLEY
        ASHLEY M. PAVEL
        O'MELVENY & MYERS LLP

By:    /s/ Danielle N. Oakley
        Danielle N. Oakley
Attorneys for Defendant
ONEWEST BANK, FSB

# **CERTIFICATE OF SERVICE**

I certify that on February 14, 2014, I electronically filed the foregoing DEFENDANT ONEWEST BANK, FSB'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), 9(b), and 8 with the Clerk of the Court using the CM/ECF system and served a copy via the CM/ECF system upon the following:

Frank De Santis, Esq.
Valorie E. Ryan, Esq.
Law Offices of Frank De Santis
298 Third Avenue
Chula Vista, CA  91910

law@desantislawcenter.com
valorie@desantislawcenter.com

        /s/ Danielle N. Oakley
        Danielle N. Oakley

NOTICE OF MOTION AND
MOTION TO DISMISS